# Court of Appeals
# of the State of Georgia

ATLANTA, August 19, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0029. IAN JONES v. CHRISTINA KAY SMITH.**

Ian Jones' request for an extension of time to file a discretionary application is hereby GRANTED; Jones is granted a 30-day extension resulting in a due date of September 19, 2025; no further extensions may be granted. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 08/19/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*